BOARD OF EDUCATION OF THE TOMS RIVER SCHOOLS v.
GENERAL LAND IMPROVEMENT COMPANY, INC.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL SERRANO.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SIGLER.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY SMITH.

June 20, 1983.

Petition for certification denied.